In the Matter of the Accounting of DALLAS S. TOWNSEND et al., as Ancillary Committee of ISABEL D. McHIE, Appellants.

ISABEL D. McHIE, Respondent.

Submitted February 28, 1938; decided March 2, 1938.

*Murray E. Baron* for motion.
*Harold R. Medina* opposed.

Motion denied, with ten dollars costs.